IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
| v. | : | |
| ANTONIO DARNELL KING | : | NO. 1:10-CR-290-JEC |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 18, 2008, in the Northern District of Georgia, the defendant, ANTONIO DARNELL KING, knowingly and wilfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputy United States Marshal James Ergas, a person designated in Section 1114 of Title 18 of the United States Code, while said person was engaged in and on account of the performance of his official duties, doing said acts with the intent to commit another felony, to wit: a violation of Ga. Code Ann. § 40-6-395(b)(5)(A) (2010), the felony of fleeing or attempting to elude a police officer, in violation of Title 18, United States Code, Section 111(a)(1).

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

MARY F. KRUGER
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6168
Georgia Bar No. 244607