# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUL 09 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DIVISION Atlanta
(USAO 2010R    )

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:10-CR-290

MAGISTRATE CASE NO. _____

___ Indictment    _X_ Information    ___ Magistrate's Complaint

DATE: _____    DATE: 7/9/10    DATE: _____

| UNITED STATES OF AMERICA vs. **ANTONIO DARNELL KING** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
_X_ Felony    ___ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY:**

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding ___ Yes ___ No
Date: _____    Issued by: _____

**IS IN CUSTODY:**

4. _X_ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes _X_ No
   _X_ Federal    ___ State
   If Yes, show name of institution Robert A. Deyton
   Has detainer been filed ___ Yes    _X_ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE JUDGE: _____<br>A.U.S.A.: MARY F. KRUGER<br>DEFT'S ATTY: LEE FINLAYSON |
|---|---|
| | SALLY QUILLIAN YATES<br>UNITED STATES ATTORNEY<br>BY: MARY F. KRUGER<br>Assistant United States Attorney<br>DATE: July 9, 2010 |