AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

ORIGINAL

**UNITED STATES OF AMERICA**
    v.
**Antonio Darnell King**

Case Number: 1:10-CR-290-01-AT
~~UNDER SEAL~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Antonio Darnell King and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ■ Supervised Release Violation Petition

charging him with:

New Criminal Charges for Burglary (Felony). In violation of Title 18 United States Code, Section 3606

Signature of Issuing Officer:

_Jerrilyn D. Brill_      Date: 8/5/14      Location: Atlanta
~~Honorable Julie E. Carnes~~
~~Chief U.S. District Court Judge~~
U.S. Magistrate Judge

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 28 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Bail fixed at $_____ By _____
    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_Coffee Correctional by USMS S/GA_

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-5-14 | | |
| DATE OF ARREST | | |
| 6-21-16 | by: Thomi Benton, USMS N/GA | |

# 52152-019